JENNER & BLOCK LLP
Kenneth K. Lee (State Bar No. 264296)
633 West 5th Street
Suite 3500
Los Angeles, CA 90071-2054
Telephone: (213) 239-5100
Facsimile: (213) 239-5199

JENNER & BLOCK LLP
Dean N. Panos (applying *pro hac vice*)
Richard P. Steinken (applying *pro hac vice*)
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

Counsel for Defendants

## IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNE HIGGINBOTHAM and JENNIFER RED, on Behalf of Themselves and All Others Similarly Situated,<br><br>                    Plaintiffs,<br>        vs.<br><br>KELLOGG COMPANY and KELLOGG SALES CO.,<br><br>                    Defendants. | Case No. 10-cv-255 (MMA) (WVG)<br><br>CLASS ACTION<br><br>**DEFENDANTS' REQUEST FOR TELEPHONIC CONFERENCE RE: PROPOSED MOTION TO DISMISS**<br><br>Hon. Michael M. Anello |

Pursuant to the Court's Chamber Rule II, Defendants Kellogg Company and Kellogg Sales Co. ("Kellogg"), by and through their attorneys, respectfully request that the Court schedule a telephonic conference regarding Kellogg's proposed motion to dismiss the above-referenced action.  In support of this request, Kellogg states as

follows: Plaintiffs June Higginbotham and Jennifer Red ("Plaintiffs") initiated this action with the filing of a putative class action complaint on February 1, 2010. (Dkt. 1.)  Plaintiffs allege that certain labeling on the packaging of Kellogg's Nutri-Grain Bars and Keebler 100 Calorie Rite Bites is false and/or misleading.  Plaintiffs assert claims under the federal Lanham Act and California's unfair competition and false advertising laws.  On February 23, 2010, this Court granted the parties' joint motion for extension of time for Kellogg to answer or otherwise respond to Plaintiffs' complaint.  Kellogg's response to the Complaint is currently due on March 19, 2010.

Kellogg believes that it has strong grounds for dismissal.  Specifically, Kellogg believes that Plaintiffs' claims are preempted, that Plaintiffs' claims are based on purported representations that are not actionable as a matter of law, and that Plaintiffs lack standing to assert any claims against Kellogg.  Pursuant to the Court's Chamber Rule II, Paragraph 1, counsel for Kellogg, Richard P. Steinken, spoke to counsel for Plaintiffs, Gregory Weston, on March 12, and participated in a telephonic meet and confer with counsel for Plaintiffs, Gregory Weston and Jared Beck, on March 16.  (Attached hereto as Exhibit A is a Declaration of Compliance with the meet and confer requirement.)  The parties were unable to resolve their differences, and thus Kellogg desires to file a motion to dismiss the Complaint.

Accordingly, Kellogg respectfully requests that the Court schedule a telephonic conference regarding Kellogg's proposed motion to dismiss.

1  Dated: March 17, 2010                Respectfully submitted,

2                                            /s/ Kenneth K. Lee

3

4                                       JENNER & BLOCK LLP
                                        Kenneth K. Lee (State Bar No. 264296)
5                                       633 West 5th Street
                                        Suite 3500
6                                       Los Angeles, CA 90071-2054
                                        Telephone:  (213) 239-5100
7                                       Facsimile:  (213) 239-5199
8                                       klee@jenner.com

9                                       Dean N. Panos (applying *pro hac vice*)
                                        Richard P. Steinken (applying *pro hac vice*)
10                                      353 N. Clark Street
                                        Chicago, IL 60654-3456
11                                      Telephone:  (312) 222-9350
                                        Facsimile:  (312) 527-0484
12                                      dpanos@jenner.com
                                        rsteinken@jenner.com
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28