**THE WESTON FIRM**
GREGORY S. WESTON (239944)
greg@thewestonfirm.com
JACK FITZGERALD (257370)
jack@thewestonfirm.com
888 Turquoise Street
San Diego, CA  92109
Telephone:  858 488 1672
Facsimile:   480 247 4553

**BECK & LEE BUSINESS TRIAL LAWYERS**
JARED H. BECK (233743)
jared@beckandlee.com
Courthouse Plaza Building
28 West Flagler Street, Suite 555
Miami, FL 33130
Telephone:  305 789 0072
Facsimile:   786 664 3334

<u>Counsel for Plaintiffs</u>

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNE HIGGINBOTHAM and JENNIFER RED, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KELLOGG COMPANY and KELLOGG SALES CO.,<br><br>Defendants. | Case No: 3:10-cv-00255-MMA-WVG<br>Pleading Type: Class Action<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE UNDER RULE 41(a)(1)(i)**<br><br>Judge: The Hon. Michael M. Annello<br>Action Filed: February 1, 2010 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs June Higginbotham and Jennifer Red file notice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, that the above-captioned action is DISMISSED WITHOUT PREJUDICE.

DATED: March 25, 2010                    Respectfully Submitted,

s/Gregory S. Weston

**THE WESTON FIRM**
GREGORY S. WESTON
JACK FITZGERALD
888 Turquoise Street
San Diego, CA 92109
Telephone: 858 488 1672
Facsimile:  480 247 4553

**BECK & LEE BUSINESS TRIAL LAWYERS**
JARED H. BECK
Courthouse Plaza Building
28 West Flagler Street, Suite 555
Miami, FL 33130
Telephone: 305 789 0072
Facsimile:  786 664 3334

---

*Higginbotham et al. v. Kellogg Company et al.*, Case No. 3:10-cv-00255 MMA WVG
NOTICE OF DISMISSAL WITHOUT PREJUDICE UNDER RULE 41(a)(1)(i)